## Exhibit A to the Complaint

**Location:** Millburn, NJ  
**Total Works Infringed:** 38

**IP Address:** 100.1.142.47  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 22BB067AAA53BE340AE44BCB2EF73B01862CFC08<br>File Hash: A38982ED1F151ECC5529243449953AA0A5A7E1EC75776231A1C109AE9D4B0887 | 08/16/2020 15:39:00 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |
| 2 | Info Hash: CD3EF1BF5222E0E5E7A30BAE0B52B69B96099124<br>File Hash: E02D3BFD9D95E78D21029FDCF8B841B3E4CFCAED0128FB308C8B54100E8F3C25 | 07/09/2020 14:54:44 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 3 | Info Hash: 2F211F18E60D52167B5401A2BDC3A34B797B4103<br>File Hash: 9C3710B6FC72E962ECB319810D39F298CD6BEB6F677B5BBF31611FFA92C498B9 | 07/03/2020 15:06:03 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 4 | Info Hash: B271511687890F0A57EE68486AFE3F2D827638A1<br>File Hash: 13E20DBDB72C6C25E0A12376FDA2D4CC1E26AFA4DBEB2486C0D92B77F88EDFED | 07/03/2020 14:22:51 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 5 | Info Hash: 2D66252D5BDAE9711D09CA9E58F4344469B562D4<br>File Hash: 11B594B688C1CF445631E857A58D945A2E9DBAB640A15831C7BE8E49D8AD688E | 07/03/2020 14:12:05 | Tushy | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 6 | Info Hash: 2B8AE159020AAF665B654FAD042112178D285D78<br>File Hash: 1D67C457A01702FAA156BA999FAC166A96C167A4B97196F7A9F213228F0145EC | 07/03/2020 14:04:42 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 7 | Info Hash: CB0B165B1A4393C4763950AD1A326018B79283D5<br>File Hash: E8FFB3F1D287FE8305BD21723922A7AACE35A236B7EE75DAE32CDEF2E5C82C14 | 07/03/2020 13:55:02 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 8 | Info Hash: 0BA8894950218E069E42B23403598B102CE4C6B3<br>File Hash: 9EF07345C5CB3B960537862FA8897CBCD0A50C4718FF5FF79C6B852E76ABB2D4 | 07/03/2020 13:53:59 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: AA1A983BF7C5CE09CA8D4BFD027A1D017D1305D8<br>File Hash: 2748C9A7CEE1DB9C7A714FD83DF761F634842470DA089104AF706026C4D7AFE0 | 07/03/2020 13:45:16 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 10 | Info Hash: FDFAEC6BEF88533DCE6E1926BDB3795F6C3C3529<br>File Hash: ED76D917716F68C232F149A89DB55230AC8592F8C6158F23E63C5568288A0941 | 05/27/2020 20:03:34 | Vixen | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 11 | Info Hash: F1A8FDDC7271C19163305AE914356B73F55983C1<br>File Hash: 281B5A2C10E38CA9F60CC2E00D560772079624C9C3143E13F482382076983DBC | 05/27/2020 20:03:34 | Vixen | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 12 | Info Hash: 086478EE10E013021A3B89959B2DB510F81A83DF<br>File Hash: C84741F4A5CCE0A87D3DA8E188836FF7D0CE297BA91CF3056CD589B6CA4B229A | 05/04/2020 20:12:01 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 13 | Info Hash: 50E3DAD222D284FBF09522C292ACAC4613806E5A<br>File Hash: DE3F710BAD3276B5BBDB66FFFA6E607D9B45A19DB3B2F93400AC07989436E79D | 04/13/2020 20:21:19 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 14 | Info Hash: 5C43BB9289B8E67F14FD19403FA07C84EEE3A2B4<br>File Hash: 5BD6AF319855087BD90F9EBC3930CF3C69E1767055E532718C8E7A15AC2D232A | 04/09/2020 00:26:23 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 15 | Info Hash: A6299C807B9162217B4499EE1D6316AD4A9DB279<br>File Hash: A452F16047421077FCB164F3D83A435881E2CF2245ED3FECF98607B3169B81B8 | 04/03/2020 20:25:47 | Tushy | 09/13/2018 | 11/01/2018 | PA0002143414 |
| 16 | Info Hash: A7AB6301B1A36DB8A3BD827ADE02550865FE7C65<br>File Hash: 34D797B476D9C8A46FA80616D9095142B37E12FB11A997E103069B1854D13B9B | 03/13/2020 17:19:26 | Tushy | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 17 | Info Hash: 8BAE424EB1D19BFF432DF8B541C558F947362EBD<br>File Hash: CC79B64D47A395ED31E2D588FFE83839DED7DD284E4AFC109771AE05DBB8310B | 03/13/2020 16:53:33 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 7105B3D5A8869772E44C5F6C1349832164EAAEAF<br>File Hash: 162276647505538EEB08501EA5E28A7DA333A69BFBDF2AF85790B5E2E5661962 | 03/13/2020 16:37:57 | Tushy | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 19 | Info Hash: C8E64F6BD2B29E24A3C1AED79F231A2AB6D89BCC<br>File Hash: 3534ECE26EA00D332EFF9D9F104F34AF5D53C9F9C9EA25A1270EC0C464727BE3 | 03/13/2020 16:34:45 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 20 | Info Hash: 5410395B9658F937942371AA285E65291F47AA6C<br>File Hash: B5901FD9C816089B0A84BB9FC6B952294E8863DA169637A1DF607E5CA0688813 | 03/07/2020 15:39:30 | Tushy | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 21 | Info Hash: E1F5A11A84063F8412BC8E866814F7D0DE2897D0<br>File Hash: 2DFABAD5D3586DB3460C66F6E7C9851FD44F998EB6EF1FEDEE8AC9C584277B80 | 03/07/2020 15:24:44 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 22 | Info Hash: A84C2BA34C274E9B1AFEF1BF7EEA6D071500EE90<br>File Hash: A2355514560FA681FCF8CDAEF509B2B0AA4B3933BA361E55F4ED9FF6FFEA5E40 | 02/20/2020 09:44:11 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 23 | Info Hash: 1CC74FB984C9AD2F4CD29FAEB5D1AA708F18D44A<br>File Hash: 38A3B3D40328AF263380C7633D6C54503E8AA273D758B9CB2AAFC37ECDEC7EAF | 02/08/2020 23:15:42 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 24 | Info Hash: 09CFC736905BDFD094CF744A1F197C97835378CE<br>File Hash: 3D4748188BD996BDC0B1FB514B7F88765160B1CE99B19E3B7788DFFB4D0691B0 | 01/30/2020 12:35:41 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 25 | Info Hash: 95660919DA043BF36F6392C09C80D94D2F1CB43D<br>File Hash: 4A54C614FE947EAB3532BA8F282B1C91456F68CCA152C9DE5E949413F4CDE226 | 01/30/2020 12:26:19 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 26 | Info Hash: 050E2A27BF2DB1A4F8D4493984F267108B7394BB<br>File Hash: A835F83C6F98C5D8B31199F87ACA572527B541C7C4F8FBBB007A53800DAD073D | 01/23/2020 08:47:43 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 4D526BC49BE1229E1E24E019F463CA502688EE61<br>File Hash: E40F04B1BB719F6EC59A74877FC16982D1B133F1B19621111F6DBEA64C7C756C | 01/23/2020 08:45:21 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 28 | Info Hash: 43AA8E29D248BD63C9EE0A8EAF9D8B4ADA089C22<br>File Hash: BD80016D810934FE45C73A18EE828400292235018262580315222 9295D61AA50 | 01/23/2020 08:45:10 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 29 | Info Hash: 41CC801DDD2EDBC09F3D85A9CB5AA73D6DE69C99<br>File Hash: 6AFD07CFF5EFA5B3443C96A5F79A92B0EDAE17A4CDA5E5B51A40E3FB723E53C9 | 01/23/2020 08:39:50 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 30 | Info Hash: C6D3B3923ED70065CC4BC6D4C02F7E0D3CC6749C<br>File Hash: 7E169E13025CD4627A76E2653D18E5ADD627827BAA51AB290538D0576885D60E | 01/23/2020 08:28:00 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 31 | Info Hash: C6E2A3FBC34722B6DE685C41833B247973356D51<br>File Hash: 4ACEED743760C018FDF9C09955F37A99863768F9E931F579F170E7A00BE2CA95 | 01/05/2020 11:22:03 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 32 | Info Hash: 3C6AB1B3521208CFB51C024E2A203C0C7CF81944<br>File Hash: DE54F58E5818C41CB82827CC9288D56D371B10A336AAD9D2CEAF51A5BC03677A | 01/05/2020 11:20:09 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 33 | Info Hash: 62918C330DAF0E9F027CBED5ED5E7EAFD108C246<br>File Hash: 9F56CB52B89D06AF97DEAF2B28437E289BC41674344AFE9B6A193583A3245182 | 01/05/2020 11:18:40 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 34 | Info Hash: 961DCD9DCEDDEE22F85955DCD0088C9C0A482A4D<br>File Hash: 4ECF9F7C57BF33677DD9D9641E4A6D163636719CA5DB0A9DA74D7A71A478FBFB | 12/25/2019 15:38:13 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 35 | Info Hash: 13FD5F41B568376BC99C50F202C16497FFF59B83<br>File Hash: 1ED4A23E4DDC7C2080748BCB62A1CA0E1F9726994CB5A21A76CC1BBF88E0B5AB | 11/02/2019 17:07:12 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F19E56FE656CABDE346074ABEA41A311B59E5437<br>File Hash: 36F62D01BB61099FF5E283BBFEFDB519A6EA5CB2F2A0D3F3865AB0422BA8A396 | 09/17/2019 23:02:10 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 37 | Info Hash: 6B9D3FC5CECF2AFD67D2E2C7147F988DEC326667<br>File Hash: DC21D2F13923398E9B7638DC1C9500D49F2FD841684B20E5E9DE43C0447D752A | 09/05/2019 07:31:29 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 38 | Info Hash: 04F8D235249D1005824654381342455C49F13FD6<br>File Hash: 74B013190980A067BA9413229BA1F473C4151447467F857AB38282F037167A1E | 09/05/2019 07:07:46 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |